

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2018

**BY ECF**

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/18
```

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States* v. *Darrell Cintron & Reginald Sanders*, 17 Cr. 456 (RA)

Dear Judge Abrams:

Both defendants, Darrell Cintron and Reginald Sanders, are currently scheduled for sentencing on September 13, 2018. The Government requests that sentencing for the defendants be adjourned to October 17, 2018, at a time convenient to the Court.

The defendants, through counsel, consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Michael K. Krouse
Michael K. Krouse/Danielle R. Sassoon
Assistant United States Attorney
(212) 637-2279/1115

---

Application granted. The sentence for defendant Darrell Cintron is rescheduled to October 17, 2018 at 10:00 a.m. and the sentence for defendant Reginald Sanders is rescheduled to October 17, 2018 at 12:00 p.m. Counsel is directed to the Court's Individual Rules and Practices in Criminal Cases for the due dates for their submissions.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 29, 2018

cc: Defense counsel (by ECF)